# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HENOK SISAY, | ) | 1:05-cv-0799 OWW TAG HC |
| | ) | |
| Petitioner, | ) | ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN ASHCROFT, ATTORNEY GENERAL (FORMER); ALBERTO R. GONZALEZ, U.S. ATTORNEY GENERAL; NANCY ALCANTER DIRECT., DIRECTOR FILED OFFICES, BICE, DAVID STILL, USCIS; BUREAU OF IMMIGRATION AND CUSTOM ENFORCEMENT, et al., | ) ) ) ) ) ) ) | |
| Respondents. | ) ) | |

Petitioner filed a motion for reconsideration of the denial of his petition for writ of habeas corpus and a motion for release on his own recognizance.

Petitioner provided no information as to change in the law nor clear error in the original decision.  The motion for reconsideration and for release on own recognizance is DENIED.

IT IS SO ORDERED.

**Dated:   March 28, 2006**              /s/ Oliver W. Wanger
emm0d6                                    UNITED STATES DISTRICT JUDGE

1